# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

EVAN RATCLIFF,

    Plaintiff,

v.

ROMEO RARANAS, *et al.*,

    Defendants.

Case No. 2:18-cv-00721-RFB-CWH

**ORDER TO PRODUCE
EVAN RATCLIFF**

TO:   MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
       INDIAN SPRINGS, NV
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **EVAN RATCLIFF, #96345,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **EVAN RATCLIFF, #96345,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Wednesday, August 1, 2018, at the hour of 10:30 a.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **EVAN RATCLIFF, #96345,** is released and discharged by the said

Court; and that the said **EVAN RATCLIFF, #96345,** shall thereafter be returned to the custody of the Warden, High Dessert State Prison, Indian Springs, NV, under safe and secure conduct.

    **DATED** this 30th day of July, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**