# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVAN RATCLIFF, | Case No. 2:18-cv-00721-RFB-CWH |
| Plaintiff, | ORDER |
| v. | |
| ROMERO RARANAS, Medical Director, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Emergency Injunction. ECF No. 21. Plaintiff alleges that Defendant refuses to refill Plaintiff's prescription for Prednisolone eye drops, which he requires as he recovers from transplant surgery. Plaintiff provides his prescription providing for refills upon his request, Ex. B, and an Emergency Grievance form requesting a refill denied on October 12, 2018, Ex. A.

Plaintiff similarly alleged that he was not receiving refills of his prescribed eye drops in a Motion for Preliminary Injunction on July 23, 2018. ECF No. 9. The Court held a hearing on August 1, 2018. ECF No. 18. The Court ordered the Attorney General's office to write and send a letter to the medical staff at High Desert State Prison requesting that the facility have the refill available for Plaintiff no later than August 15, 2018, but denied the motion for a preliminary injunction without prejudice given Defendant's voluntary effort to address the concerns raised in Plaintiff's motion. ECF No. 18.

In light of Plaintiff's instant motion again alleging Defendant's failure to address his serious medical need, the Court orders Defendant to file any Response by October 20, 2018 showing cause why the Court should not grant Plaintiff's motion. Otherwise, the Court will order Defendant to refill Plaintiff's prescription.

Accordingly,

**IT IS ORDERED** that Defendant file a Response to ECF No. 21, if any, by October 20, 2018.

DATED: October 18, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**