# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVAN RATCLIFF,<br><br>        Plaintiff,<br><br>    v.<br><br>ROMEO RARANAS,<br><br>        Defendant. | Case No. 2:18-cv-00721-RFB-CWH<br><br>**ORDER** |

Before the Court is Plaintiff Evan Ratcliff's Motion for Emergency Injunction. ECF No. 21. The Court held a hearing today, November 2, 2018. The Court incorporates by reference its Temporary Restraining Order dated October 22, 2018. ECF No. 24.

The Court finds that, at this time, there has been no intentional or deliberate attempt by Defendant to withhold Plaintiff's medication and therefore imposes no sanctions. The Court finds that there was an apparent confusion about which eye drop medication required a refill. However, for the reasons explained in the previous Order, the Court continued to find that the preliminary injunction factors are satisfied. Based on the record, as further developed at today's hearing, the Court issues an injunction with the following uncontested terms.

    **IT IS ORDERED** that Plaintiff's [21] Motion for Emergency Injunction is **GRANTED.**

    **IT IS FURTHER ORDERED** that on this date, November 2, 2018, Defendant provide Plaintiff with one bottle (90-day supply) of dorzolamide drops.

    **IT IS FURTHER ORDERED** that Defendant must refill Plaintiff's prescription for one bottle (90-day supply) of dorzolamide drops upon Plaintiff's request, and that Plaintiff may make

such a request once 60 days have passed since his previous refill of dorzolamide drops. This Order will be in effect for six months following the date of this Order, so long as Plaintiff's prescription is not discontinued by a medical specialist.

**IT IS FURTHER ORDERED** that Defendant must refill Plaintiff's prescription for one bottle (30-day supply) of prednisolone drops upon Plaintiff's request, and that Plaintiff may make such a request once 20 days have passed since his previous refill of prednisolone drops. This Order will be in effect for six months following the date of this Order, so long as Plaintiff's prescription is not discontinued by a medical specialist.

**IT IS FURTHER ORDERED** that Plaintiff may keep both his dorzolamide drops and his prednisolone drops on his person at all times for self-administration.

**IT IS FURTHER ORDERED** that by November 30, 2018, Plaintiff must receive from a medical specialist a renewal of his prescription of both medications (dorzolamide and prednisolone), unless the specialist concludes that one or both prescriptions should be discontinued. A discontinuation of one or both prescriptions may only occur upon in-person examination of Plaintiff by a medical specialist.

DATED: November 2, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**