# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVAN RATCLIFF, | Case No. 2:18-cv-00721-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ROMEO ARANAS, ET AL., | |
| Defendants. | |

This matter is before the Court on Defendants' Unopposed Motion to Stay Proceedings Pending Service of Kent Robertson (ECF No. 90), filed on March 24, 2020.

On March 19, 2020, the Court granted in part and denied in part Plaintiff's request for assistance with service on Defendant Kent Robertson. (ECF No. 84). It ordered the Attorney General's Office to file a notice as to whether it will represent Robertson and accept service on his behalf or file Robertson's address under seal, to the extent it is aware of it. The Attorney General's Office filed Robertson's address under seal (ECF No. 88) and a notice of compliance with the Court's Order (ECF No. 89) on March 24, 2020. As a result, the Court will order the Clerk of the Court to issue summons and a USM-285 form utilizing the address filed under seal and provide it to the U.S. Marshal's Office for service of Robertson.

The parties met and conferred on March 19, 2020 and agreed to a stay of this proceeding in order to permit service of Robertson – given the pending discovery deadlines, including the dispositive motions deadline. They propose that a stay be entered until service is perfected or within 90 days from the time Robertson's address is filed under seal, which was on March 24, 2020. The Court agrees that Robertson's participation after service may affect the pending deadlines so it will permit a stay as outlined in furtherance of the most efficient processing of this matter on the merits.

IT IS THEREFORE ORDERED that the Clerk of the Court shall issue a summons and a USM-285 form for Defendant Kent Robertson utilizing the address filed under seal in ECF No. 88 and provide it to the U.S. Marshal's Office for service along with a copy of the Amended Complaint (ECF No. 78) and a copy of this Order.

IT IS FURTHER ORDERED that Defendants' Unopposed Motion to Stay Proceedings Pending Service of Kent Robertson (ECF No. 90) is **granted**.

IT IS FURTHER ORDERED that the stay shall automatically expire upon the summons return being filed on the docket executed or June 22, 2020, whichever comes first.

IT IS FURTHER ORDERED that the parties shall file a proposed discovery plan within 14 days after the expiration of the stay.

DATED: March 25, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE