**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EVAN RATCLIFF, | Case No. 2:18-cv-00721-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ROMEO ARANAS, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Address (ECF No. 94), filed on June 15, 2020.

On March 19, 2020, the Court granted in part and denied in part Plaintiff's request for assistance with service on Defendant Kent Robertson. (ECF No. 84). It ordered the Attorney General's Office to file a notice as to whether it will represent Robertson and accept service on his behalf or file Robertson's address under seal, to the extent it is aware of it. The Attorney General's Office filed Robertson's address under seal (ECF No. 88) and a notice of compliance with the Court's Order (ECF No. 89) on March 24, 2020. As a result, the Court ordered the Clerk of the Court to issue summons and a USM-285 form utilizing the address filed under seal and provide it to the U.S. Marshal's Office for service of Robertson. On June 12, 2020, the summons was returned executed with Robertson being served on June 1, 2020. As such, Plaintiff's request that Robertson's address be filed for service purposes is untimely and unnecessary.

Further, the Court notes that it approved a limited stay until service could be completed on Robertson. Having received confirmation of service with the summons returned executed on June 12, 2020, the Court will lift the stay and the parties shall proceed with discovery.

IT IS THEREFORE ORDERED Plaintiff's Motion for Address (ECF No. 94) is **denied**.

IT IS FURTHER ORDERED that the stay that was granted pursuant to Order ECF No. 91 is lifted as of June 12, 2020 and the parties shall file a proposed discovery plan by **June 26, 2020**.

DATED: June 17, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE