# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVAN RATCLIFF,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00721-RFB-DJA<br><br>**ORDER** |

This matter is before the Court on Defendants' Motions to Seal (ECF Nos. 114 and 122), filed on September 4 and 17, 2020. The Court also considered Defendants' Notice of Filing Exhibit B under Seal (ECF No. 124), filed on September 17, 2020.

Defendants first seek leave of the Court to file Exhibit A under seal as it contains portions of Plaintiff's medical records. (ECF No. 117). They represent that they have sent Exhibit A to the Facility Warden for review by Plaintiff upon a reasonable request. (ECF No. 114). The Court has reviewed the grounds for maintaining those records in Exhibit A under seal as confidential medical records and finds the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) to be satisfied. It will maintain the seal on those records in Exhibit A (ECF No. 117) under the compelling reasons standard.

Further, Defendants seek to file Exhibit B under seal as it also contains portions of Plaintiff's medical records. (ECF No. 123). They represent that these documents have also been sent to the Facility Warden for Plaintiff's review. (ECF No. 122). Similarly, the Court has reviewed the grounds for maintaining those records in Exhibit B under seal as confidential medical records and finds the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and *Center for Auto Safety v. Chrysler Group, LLC*, 809

F.3d 1092, 1097 (9th Cir. 2016) to be satisfied.  It will maintain the seal on those records in Exhibit B (ECF No. 123) under the compelling reasons standard.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Seal (ECF No. 114) is **granted** and ECF No. 117 shall remain under seal.

**IT IS FURTHER ORDERED** that Defendants' Motion to Seal (ECF No. 114) is **granted** and ECF No. 123 shall remain under seal.

DATED: September 23, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE