AARON D. FORD
Attorney General
CHRISTOPHER M. GUY (Bar No. 15239)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Scott Mattinson[1],*
*Linda Fox, Theresa Wickham,*
*Michael Minev, and Kent Robertson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>         Plaintiff,<br><br>v.<br><br>ROMEO RARANAS, et al.,<br><br>         Defendants. | Case No. 2:18-cv-00721-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Evan Ratcliff, Plaintiff pro se, and Defendants, Romeo Aranas, Scott Mattinson[1], Linda Fox, Theresa Wickham, Michael Minev, and Kent Robertson, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Christopher M. Guy, Deputy Attorney General, that the above-caption matter has been resolved.

///

///

///

---

[1] The Court issued an order recommending that Director of Nursing Services Ben Gutierrez be substituted in only his official capacity in place of the deceased Defendant Scott Mattinson. ECF No. 135 at 2. Plaintiff has objected to that Order and Report and Recommendation (ECF No. 137), and Defendants will comply with the Court's ruling on that matter.

As a result, the above-captioned matter will be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs.

DATED: 3-3-21, 2021

By: *[signature]*
Evan Ratcliff
*Plaintiff Pro Se*

DATED: 3.3, 2021

By: *[signature]*
Christopher M. Guy
Deputy Attorney General

*Attorney for Defendants*

**IT IS SO ORDERED.**

*[signature]*

**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 9th day of March, 2021.